*296
 
 Per Curiam.
 

 When the residence of the witnesses is a great from the residence of the parties, as appears in this case, it seems to be reasonable that the
 
 
 *297
 
 latitude of two days should be allowed. It has been objected that the deposition should not have been sealed up till the end of the second day, so as to give the opposite party an opportunity of attending and cross examining.
 
 *
 
 In this case it appears that the deposition was taken on the first of the two days.— We are of opinion that the deposition ought to read, unless it appear from affidavit that the opposite party attended the last day for this purpose of examining, and could not; the depositions having been previously taken and sealed, or some other unfairness. None of these things appear here.
 

 Campbell and Kennedy for plaintiff.
 

 White for defendant.
 

 *
 

 This is the practice of the ecclesiastical courts, when depositions are taken in foreign parts.